Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:10-cv-01068-LKK-KJM |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER |
| v. | |
| JESUS CAVAZOS HERNANDEZ, et al. | |
| Defendants. | |

TO THE HONORABLE LAWRENCE K. KARLTON, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Scheduling Conference presently set for Tuesday, July 6, 2010 at 11:30 AM.    As set forth below Plaintiff respectfully requests that the Court continues the Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

This request is necessitated by the fact that Plaintiff's counsel has only recently perfected service of the initiate suit papers on defendants Jesus Cavazos Hernandez and Maria De Los Angeles Hernandez.  The Defendants have yet to file a response to Plaintiff's Complaint.

///

///

///

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

2    Management Conference presently scheduled for July 6, 2010 to a new date approximately thirty (30) to

3    forty-five (45) days forward.

4

5

6                                                    Respectfully submitted,

7

8

9

      Dated: June 25, 2010                            */s/ Thomas P. Riley*
10                                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
11                                                    By: Thomas P. Riley
                                                      Attorneys for Plaintiff
12                                                    J & J Sports Productions, Inc.

13
      ///
14    ///
15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28

## ORDER

It is hereby ordered that the Scheduling Conference in civil action number 2:10-cv-01068-LKK-KJM styled *J & J Sports Productions, Inc. v. Jesus Cavazos Hernandez, et al.*, is hereby continued from Tuesday, July 6, 2010 at 11:30 AM, to September 20, 2010 at 3:00 p.m.

Plaintiff shall serve a copy of this Order on the Defendants forthwith, and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  June 28, 2010

///
///
///
///
///
///
///
///
///
///
///

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
STATUS CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:10-cv-01068-LKK-KJM**

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 25, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jesus Cavazos Hernandez (Defendant)
8036 Greenback Lane
Citrus Heights, CA 95610

Maria De Los Angeles Hernandez (Defendant)
8036 Greenback Lane
Citrus Heights, CA 95610

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 25, 2010, at South Pasadena, California.

Dated:  June 25, 2010                          */s/ Maria Baird*
                                                       **MARIA BAIRD**