UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J. SPORTS PRODUCTIONS, INC.,

       Plaintiff,

  v.

JESUS CAVAZOS HERNANDEZ, et al.,

       Defendants.

/

NO. CIV. S-10-1068 LKK/KJM

O R D E R

Pending before the court in the above captioned case is the plaintiff's motion to strike, currently set to be heard on September 13, 2010. Due to a court scheduling conflict, the court CONTINUES the hearing to September 27, 2010 at 10:00 AM. The deadlines for filing oppositions or statements of non-opposition, and for filing of a reply, if any, are unchanged.

IT IS SO ORDERED.

DATED: September 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1