UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J. SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    v.

JESUS CAVAZOS HERNANDEZ, et al.,

        Defendants.

                NO. CIV. S-10-1068 LKK/KJM

                O R D E R

On September 3, 2010, the court continued hearing on plaintiff's motions to strike until September 27, 2010 due to court congestion. On September 10, 2010, defendant filed a request to further continue the hearing on the motions until October 12, 2010 because its counsel is scheduled to begin trial in state court on September 27, 2010. On September 13, 2010, plaintiff filed a statement of non-opposition to defendant's request.

For the foregoing reasons, the court ORDERS that hearing on
////
////

1

1 | plaintiff's motions to strike, ECF Nos. 11, 12, is continued to
2 | October 12, 2010 at 10:00 a.m.
3 |         IT IS SO ORDERED.
4 |         DATED: September 15, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2