**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 2:10-cv-01068-LKK-KJM** |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; AND ORDER** |
| v. | |
| **JESUS CAVAZOS HERNANDEZ, et al.** | |
| Defendants. | |

**TO THE HONORABLE KIMBERLY J. MUELLER, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Jesus Cavazos Hernandez and Maria De Los Angeles Hernandez, individually and d/b/a La Placita Dos, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Settlement Conference, in the above-entitled action (presently set for Wednesday, October 20, 2010 at 1:30 PM to a new date of Wednesday, December 8, 2010 at 1:30 PM.

Plaintiff's counsel of record, and trial counsel in the above-entitled action, has two (2) calendaring conflicts on Wednesday, October 20, 2010.  Specifically, Plaintiff is ordered to appear before the Honorable Gary S. Austin for a Settlement Conference in the matter of *J & J Sports Productions, Inc. vs. Sterling Zephron McElroy;* Case No. 1:09-cv-00796-LJO-GSA at 10:30 AM in the United States District Court for the Eastern District of California, Fresno Division that same day.

Plaintiff is *also* scheduled to appear before the Honorable Lucy H. Koh for a Case Management Conference in the matter of *Joe Hand Promotions, Inc. vs. Toto Wibow Lukito;* Case No. 5:10-CV-00209-LHK at 2:00 PM in the United States District Court for the Northern District of California, San Jose Division, that same day as well.

In addition, the request for the brief continuance is necessitated by the fact that Plaintiff's Authorized Representative, Joseph M. Gagliardi, President of J & J Sports Productions, Inc. will be out of town on October 20, 2010, also.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Settlement Conference to a new date of Wednesday, December 8, 2010 at 1:30 PM.

Respectfully submitted,

Dated: October 14, 2010    */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: October 15, 2010    */s/ Thomas D. Walker*
**THOMAS D. WALKER, ATTORNEY AT LAW**
By: Thomas D. Walker
Attorneys for Defendants
Jesus Cavazos Hernandez and Maria De Los Angeles Hernandez

///
///
///
///
///
///

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE;**
**AND ORDER (Proposed)**
**CASE NO. 2:10-cv-01068-LKK-KJM**

**ORDER**

It is hereby ordered that the Settlement Conference in civil action number 2:10-cv-01068-LKK-KJM styled *J & J Sports Productions, Inc. v. Jesus Cavazos Hernandez, et al.*, is hereby continued from Wednesday, October 20, 2010 at 1:30 PM, to Wednesday, December 8, 2010 at 1:30 PM.

**IT IS SO ORDERED**:

DATED:  October 15, 2010.

_____
U.S. MAGISTRATE JUDGE