UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
                              FILED
                         November 4, 2010
                       CLERK, US DISTRICT COURT
                        EASTERN DISTRICT OF
                             CALIFORNIA
                           DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, Inc.,

                  v.        Case No.  2:10-cv-1068 LKK  KJM

JESUS CAVAZOS HERNANDEZ, et al.,

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON NOVEMBER 4, 2010.  OFFER OF JUDGMENT FOR $5,000.  PLAINTIFF TO BEAR ITS OWN ATTORNEYS FEES AND COSTS AS INCLUDED IN THE STATED AMOUNT.  DEFENDANTS EACH TO BEAR THEIR OWN ATTORNEY'S FEES AND COST.

                                            Victoria C. Minor,
                                            Clerk of the Court

ENTERED:   November 4, 2010

                                            by:       /s/
                                            R. Becknal, Deputy Clerk